IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08CV535-FDW-DCK

| | |
|---|---|
| AVALON CENTER INVESTMENT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMERCIAL DEFEASANCE LLC, et al.,<br><br>    Defendants. | ORDER |

This matter is before the Court on the Application for Admission to Practice *Pro Hac Vice* (Document No. 2) of Jordan L. Lurie, seeking admission as counsel *pro hac vice* on behalf of Plaintiff Avalon Center Investment filed on November 25, 2008.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Lurie is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Avalon Center Investment.

Signed: December 23, 2008

David C. Keesler
United States Magistrate Judge