UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AVALON CENTER INVESTMENT COMPANY; CONCORD COMMONS LIMITED PARTNERSHIP; HASTINGS VILLAGE INVESTMENT COMPANY, LP; and LARKEY-WRIGLEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL DEFEASANCE, LLC, and DEFEASANCE HOLDING COMPANY, LLC,<br><br>Defendants. | C.A. No. 3:08-cv-00535-FDW-DCK<br>(Consolidated)<br><br><br><br>**ORDER** |

Pursuant to Paragraph 3(b)(vi) of Judge Whitney's standing Initial Scheduling Order, with the consent of Plaintiffs, and to promote judicial economy through the consolidation of motions,

IT IS HEREBY ORDERED that Defendants shall be permitted to file an initial memorandum of law of up to 9,000 words in support of a joint motion by both Defendants to dismiss the "Consolidated Class Action Complaint" as to all Plaintiffs. In such event, Plaintiffs collectively shall be permitted to file a responsive brief of up to 9,000 words.

Signed: May 7, 2009

Frank D. Whitney
United States District Judge