UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-535-FDW-DCK
[CONSOLIDATED]

| | |
|---|---|
| AVALON CENTER INVESTMENT COMPANY, CONCORD COMMONS LIMITED PARTNERSHIP, HASTINGS VILLAGE INVESTMENT COMPANY, LP, and LARKEY-WRIGLEY LLC, | |
| Plaintiffs, | **ORDER** |
| vs. | |
| COMMERCIAL DEFEASANCE, LLC, and DEFEASANCE HOLDING COMPANY, LLC, | |
| Defendants. | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Pursuant to Judge Whitney's scheduling order, Plaintiffs are requesting a telephone conference in this matter to assist with a discovery dispute. Apparently, the parties are unable to resolve several important issues with respect to Defendants' discovery responses.

**IT IS, THEREFORE, ORDERED** that counsel for each party shall be prepared and available for a telephone conference on **Wednesday, March 24, 2010 at 3:00 p.m.** My assistant will initiate the call.

**IT IS FURTHER ORDERED** that each party shall submit a letter of three pages or less summarizing its contentions, and identifying its representative for the telephone conference, on or before **Tuesday, March 23, 2010 at 3:00 p.m.**

**IT IS SO ORDERED**.

Signed: March 15, 2010

David C. Keesler
United States Magistrate Judge