UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00535-FDW-DCK

| | |
|---|---|
| AVALON CENTER INVESTMENT COMPANY; CONCORD COMMONS LIMITED PARTNERSHIP; HASTINGS VILLAGE INVESTMENT COMPANY, LP; and LARKEY-WRIGLEY LLC,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COMMERCIAL DEFEASANCE, LLC, and DEFEASANCE HOLDING COMPANY, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　**ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER is before the Court *sua sponte* on unofficial word from the parties that they have reached a settlement.

IT IS HEREBY ORDERED that, in order to facilitate the settlement process and final resolution of this matter, all pretrial submissions, as contemplated in § 4(c) of the Case Management Order (Doc. No. 71), originally due on October 25, 2010, are now due on **Monday, November 1, 2010 at 10:00am**. The Final Pretrial Conference will remain scheduled for Monday, November 1, 2010 at 3:00pm and Trial will remain scheduled to start on Monday, November 8, 2010 at 9:00am.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　Signed: October 20, 2010

　　　　　　　　　　　　　　　　　　Frank D. Whitney
　　　　　　　　　　　　　　　　　　United States District Judge