# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Avalon Center Investment, et al,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:08cv535

Commercial Defeasance LLC, et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 16, 2009 Text Orders ruling on motions to dismiss and for partial summary judgment.

    Signed: October 28, 2010

_____
Frank G. Johns, Clerk
United States District Court